IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40098
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRYL MEADOWS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-443-1
--------------------

December 14, 1999

Before JOLLY, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Darryl Meadows appeals his sentence for conspiracy to possess with the intent to distribute approximately 97 kilograms of marijuana, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and possession with the intent to distribute 97 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Meadows contends that the district court erred in determining that 17 additional transactions involving 2,549 pounds of marijuana and eight kilograms of cocaine qualified as relevant conduct. Meadows also contends that the district court

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

erred in determining that he played a managerial role in the offense under U.S.S.G. § 3B1.1(c).

We have reviewed the record and briefs submitted by the parties and find that the district court's findings that Meadows possessed the additional 2,549 pounds of marijuana and eight kilograms of cocaine, and that he played a managerial role in the offense, were supported by a preponderance of the evidence and were not clearly erroneous.  United States v. Bryant, 991 F.2d 171, 177 (5th Cir. 1993); United States v. Okoli, 20 F.3d 615, 616 (5th Cir. 1994).

AFFIRMED.